McCLURE et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 16, 1916.) No. 4510. In Error to the District Court of the United States for the Western District of Missouri. Writ of error dismissed, without costs to either party in this court, per stipulation of parties. George F. Anderson, of Kansas City, Mo., and Moman Pruiett, of Oklahoma City, Okl., for plaintiffs in error. Francis M. Wilson, U. S. Atty., of Kansas City, Mo.

---

MAYTAG v. MAYTAG–MASON MOTOR CO. (Circuit Court of Appeals, Eighth Circuit. April 6, 1916.) No. 4588. Appeal from the District Court of the United States for the Northern District of Iowa. Appeal dismissed, at costs of appellant, per stipulation of parties. Haffenberg & Friedman, of Chicago, Ill., for appellant. Edward R. Mason, of Des Moines, Iowa, for appellee. See, also, 223 Fed. 684.

---

MORGAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 23, 1916.) No. 4460. In Error to the District Court of the United States for the Western District of Oklahoma. Motion of plaintiff in error for a continuance denied. Writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of defendant in error. John A Remy, of Guthrie, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

---

MURPHY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 11, 1916.) No. 4668. In Error to the District Court of the United States for the Eastern District of Missouri. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error. Vance J. Higgs, Asst. U. S. Atty., of St. Louis, Mo.

---

NEFF v. NATIONAL INVESTMENT & SECURITIES COMPANY et al. (Circuit Court of Appeals, Eighth Circuit. May 12, 1916.) No. 4696. Appeal from the District Court of the United States for the District of Colorado. Appeal docketed and dismissed, with costs, for want of prosecution, pursuant to sixteenth rule (150 Fed. xxix, 79 C. C. A. xxix), and mandate granted forthwith, on motion of appellees. E. M. Sabin, of Denver, Colo., for appellant. Simon J. Heller, of Denver, Colo., for appellees.

---

PACIFIC PHONOGRAPH CO. v. SEARCHLIGHT HORN CO. (Circuit Court of Appeals, Ninth Circuit. June 2, 1916.) No. 2770. Appeal from the District Court of the United States for the Second Division of the Northern District of California. Frank Parker Davis, of Chicago, Ill., and Frank P. Deering, of San Francisco, Cal., for appellant. John H. Miller, of San Francisco, Cal., for appellee. Upon motion of Mr. John H. Miller, counsel for the appellee, ordered, appeal dismissed for noncompliance by appellant with rules 23 and 24, 150 Fed. xxxii, xxxiii, 79 C. C. A. xxxii, xxxiii (failure of appellant to print record under rule 23, and to file a printed brief under rule 24), with costs in favor of the appellee and against the appellant.